AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| DUNHAM, MELIECK L | CM/ECF Case No. 4:26-PO-00225-AGH |

| | | |
|---|---|---|
| Case No. | GM1 | E2722548 |
| USM No. | | |
| Pro Se | | |

Defendant's Attorney

**THE DEFENDANT:** DUNHAM, MELIECK L

☑ **THE DEFENDANT** pleaded guilty to count(s)    1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-181 | Speeding 66/35 reduced to 48/35 | 04/09/2026 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $490.00 | $ 10.00 | $ 450.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  9726

Defendant's Year of Birth:  1996

City and State of Defendant's Residence:
FORT BENNING, GA

07/22/2026
Date of Imposition of Judgment

Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

07/22/2026
Date